

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2015

No. 04-15-00041-CV

**TEMPLETON MORTGAGE CORPORATION**,
Appellant

v.

Michael **MIDDLETON**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-422-A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The court reporter's notification of late record is this date NOTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2015.

_____
Keith E. Hottle
Clerk of Court